UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THELONIOUS JACKSON,

    Plaintiff,

v.

GENESEE COUNTY, *et al.*,

    Defendants.
_____/

Case No. 16-cv-13069
Hon. Matthew F. Leitman

# ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF #22)

In this action, Plaintiff Thelonious Jackson asserts claims under 42 U.S.C. § 1983 against Defendant Police Officers Burt, Messer, and Kirby and Defendant Genesee County. (*See* Complaint, ECF #1.) Defendants filed a motion for summary judgment on August 25, 2017. (*See* ECF #22.) The Court held a hearing on Defendants' motion for summary judgment on December 7, 2017.

For the reasons stated on the record at the hearing, Defendants' motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART** as follows:

- The Court **DENIES** summary judgment as to Plaintiff's claims against Defendants Burt and Messer.

- The Court **GRANTS** summary judgment as to Plaintiff's claims against Defendants Kirby and Genesee County.

**IT IS SO ORDERED**.

Dated: December 7, 2017

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 7, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764